UNITED STATES DISTRICT COURT
FILED
AUG 1 4 2023
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

Revised 03/06 WDNY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

## FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT
### (Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**.  See **Pro Se Privacy Notice** for further information.

### 1. CAPTION OF ACTION

**A.**     **Full Name of Plaintiff:  NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Sherry Elaine Sherrill

-vs-

**B.**     **Full Name(s) of Defendant(s)  NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.*  Add a separate sheet, if necessary.

1. Erie County Sheriff's Department          4. _____
2. County of Erie (New York)          5. _____
3. Et Al!          6. _____

### 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections **MUST** be answered*

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

A. Basis of Jurisdiction in Federal Court: Subdivision of U.S. Government is a party to the Action

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

B. Reason for Venue in the Western District: Defendant operates an official Government Agency within a Western County of New York State

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.*

C. Nature of Suit: This pertains to a Civil Tort, relative to an Employment Matter, and which underlying Matter regards Racial and Sex Harassment, and Discrimination my Present-Day Concern, is that misrepresentation and/or Theft may have occurred in regards to the Settlement of my matter and/or its actual Funds.

### 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** **NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: Sherry Elaine Sherrill (formerly Surnamed:

Present Address: 1219 Main Street, Buffalo, New York 14209 Patton)

Name of Second Plaintiff: None

Present Address: N/A

**DEFENDANT'S INFORMATION** **NOTE:** *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: Erie County Sheriff's Department

Official Position of Defendant (if relevant): (former) Employer

Address of Defendant:

Name of Second Defendant: County of Erie (New York)

Official Position of Defendant (if relevant):

Address of Defendant:

Name of Third Defendant: Et al. (Varies)

Official Position of Defendant (if relevant):

Address of Defendant: Uncertain. Not furnished, by (prior) Legal Counsel.

### 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.   Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**

Yes ☐   No ☑

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.   Name(s) of the parties to this other lawsuit:

Plaintiff(s):

Defendant(s):_____

_____

2.   Court (if federal court, name the district; if state court, name the county):_____

_____

3.   Docket or Index Number:_____

4.   Name of Judge to whom case was assigned:_____

5.   The approximate date the action was filed:_____

6.   What was the disposition of the case?

Is it still pending?  Yes ☐  No ☐

If not, give the approximate date it was resolved._____

Disposition (check those statements which apply):

☐ Dismissed (check the statement which indicates why it was dismissed):

☐ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

☐ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

☐ By court due to your voluntary withdrawal of claim;

☐ Judgment upon motion or after trial entered for

☐ plaintiff
☐ defendant.

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

**A. FIRST CLAIM:** On (*date of the incident*) Year(s) 2001 - 2004 _____,

defendant (*give the **name and (if relevant) the position held** of **each defendant** involved in this incident*) _____
Erie County Sheriff's Department and County of Erie are Governmental Agency (Law Enforcement) and Erie County is a Governmental Unit of the U.S. State of New York

3

did the following to me (*briefly state what each defendant named above did*): My Present-Day Concern, is that my prior years Legal Matter may have been dealt Injury, and in Terms of Fraud and/or Theft, and Misrepresentation, of its Settlement Terms.

The federal basis for this claim is: I am the Petitioner, and suspect Settlement monies were deliberately misrepresented, withheld and/or possibly stolen.

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: I wish the Sealed Records pertaining to my Matter, to be Unsealed, and contents of same made available to I, and to the Global Community's Westigatory, Law Enforcement, Criminal Justice, and Counter Terrorism and Intelligence Community.

**B. SECOND CLAIM:** On (*date of the incident*) _____

defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) _____

_____

_____

did the following to me (*briefly state what each defendant named above did*): _____

_____

_____

_____

_____

_____

_____

The federal basis for this claim is: _____

_____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:

_____

_____

_____

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

I wish Punishment, including imprisonment for Guilty Offender(s), Individuals, Official(s) and/or Agencies, including: municipalities and Nations. In addition, I wish the Court to award Punitive and Compensatory Damages, to I, pursuant to existing and applicable Statutes, governing the resolution of such Instances and Offenses

Do you want a **jury trial**?  Yes ☐  No ☐

I declare under **penalty of perjury that the foregoing is true and correct.**

Executed on ___14 Aug 23___
              (date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_____

_____

Signature(s) of Plaintiff(s)

5